AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF WASHINGTON

FILED
8 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

United States of America
v.
LAUREN N DENMARK
*Defendant*

Case No. 3:19-cr-05066-CVB

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* LAUREN N DENMARK

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ■ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

Brief description of offense:

MISCELLANEOUS GENERAL OFFENSES, OTHER –Criminal Trespassing in the First Degree

Date: 3/27/2019

*Issuing officer's signature*

City and state: Tacoma, Washington

Kim Brye, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 03/27/2019, and the person was arrested on *(date)* 11/18/2019
at *(city and state)* ALEXANDRIA, VA

Date: 11/18/2019

*Arresting officer's signature*

RUFENER, D.   DUSM
*Printed name and title*